# Exhibit 2: Amended Decision on Notice of Proposed Suspension



**DEPARTMENT OF THE ARMY**
406th ARMY FIELD SUPPORT BRIGADE
LOGISTICS READINESS CENTER
525 15th STREET, BUILDING 14550
FORT GORDON, GEORGIA 30905-5730

ASCE-LGO                                                                                                        18 May 2023

MEMORANDUM FOR Mrs. Kathryn M. Walker, Transportation Specialist, GS-2101-11, Logistics Readiness Center, Fort Gordon Transportation Division, Fort Gordon, Georgia 30905

SUBJECT: Amended Decision on Notice of Proposed Suspension

1. As documented by Enclosure (1), on 23 January 2023, you were issued a proposal to suspend you from employment for a period of ten (10) calendar days in accordance with Army Regulation 690-752 and Title 5, Code of Federal Regulations, Part 752, for one (1) charge and one (1) specification of "Conduct Unbecoming a Federal Employee (Unauthorized Alteration of Billing Account Information Resulting in Incorrect Charges to Tenants/Customers)." Enclosure (1) advised that I would be the Deciding Official in this matter. Enclosure (1) also advised you of your right to answer the proposed action orally and/or in writing. You provided a written reply on 10 February 2023, Enclosure (2).

2. In arriving at a decision in this case, I have carefully and impartially reviewed the evidence upon which Enclosure (1) was based. To determine an appropriate penalty, I have also given full and careful consideration to all available information in your case file and the information provided in Enclosure (2). Further, I have considered the aggravating and mitigating factors relevant to the charged misconduct.

3. I find that the specifications cited in the charge of "Conduct Unbecoming a Federal Employee" are supported by a preponderance of evidence and warrant a penalty to be imposed. I sustain the proposed action in its entirety and consider this the minimum action necessary to correct your misconduct and promote the efficiency of the service. I hope this will serve to correct your behavior and deter such conduct in the future.

4. Your suspension will be effective 22 May 2023. You are to return to duty on 1 June 2023. A Standard Form 50, Notification of Personnel Action, effecting your suspension is forthcoming. This suspension will become a permanent part of your Official Personnel Folder and may be used in consideration for appropriate discipline in any future misconduct. Further incidents of this nature could result in a more severe disciplinary action up to and including removal from federal service.

5. All documents relied upon to support this action are available for your review upon request. Ms. Cayla McCord is available to answer any questions you may have about your procedural rights and may be contacted via email at cayla.m.mccord.civ@army.mil or by telephone at 706-791-4799.

6. Your Avenues of Redress are contained in Enclosure (3).

7. If you believe your unacceptable conduct may have been caused by personal, physical, or medical problems; substance abuse; and/or other reasons not directly related to the duties of your position, you are advised and encouraged to use the services of the Employee

ASCE-LGO
SUBJECT: Decision on Notice of Proposed Suspension

Assistance Program (EAP) at Fort Gordon. This program is designed to assist employees with problems and refer them to sources within the community for treatment or rehabilitation. For additional information regarding this service, contact Ms. Lisa Modlin at (706) 791-8500. You must arrange for use of any official time with me in advance.

8. You are requested to sign, date, and return a copy of this letter to me, acknowledging your receipt in the space provided below. Acknowledgement in no way constitutes concurrence or non-concurrence with the contents, and your failure to sign will in no way void the contents of this memorandum.

Encls:
1. Notice of Proposed Suspension,
   Dated 23 January 2023
2. Your Written Reply, Dated 10 February 2023
3. Avenues of Redress

SMITH.EVERETTE.JAMES.II.1048327660
Digitally signed by SMITH.EVERETTE.JAMES.II.1048327660
Date: 2023.05.18 15:18:06 -04'00'

EVERETTE J. SMITH II
Director, Fort Gordon Logistics Readiness Center

**Acknowledgement of Receipt:**

_____      _____
Signature                            Date

2