AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KATHRYN M. WALKER,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

                V.                CASE NUMBER:  CV 123-066

CHRISTINE E. WORMUTH, in her official capacity
as the Secretary of the Army; and
THE DEPARTMENT OF THE ARMY,

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered December 22, 2023, Defendants' motion to dismiss is granted, Plaintiff's motion for summary judgment is denied as moot, and Plaintiff's motion for leave to amend is denied.  This case stands closed.

12/22/2023                                  John E. Triplett, Clerk of Court
Date                                          Clerk



(By) Deputy Clerk

GAS Rev 10/2020